■ In the Matter of GREGORY ANTONSEN, Respondent, v BENJAMIN WARD, as Police Commissioner of the City of New York, et al., Appellants.—Judgment, Supreme Court, New York County (David H. Edwards, J.), entered on or about August 3, 1989, which granted petitioner-respondent's CPLR

article 78 petition to annul the Commissioner's determination terminating petitioner's probationary status as a New York City police officer and ordering petitioner's reinstatement with back pay, unanimously affirmed, without costs.

Under the circumstances here present, to deny petitioner his appointment is a violation of his rights *(Matter of City of New York v State Div. of Human Rights,* 154 AD2d 56). Concur—Murphy, P. J., Carro, Milonas, Asch and Wallach, JJ.